IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANIEL G. KELLEY                                                                              PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:16CV576-CWR-FKB

WARDEN N. HOGAN                                                                         DEFENDANT

## ORDER DISMISSING DEFENDANT

This cause is before the Court on the letter motion of Plaintiff [31] requesting to voluntarily dismiss Warden N. Hogan as a defendant. The motion is hereby granted, and Warden N. Hogan is dismissed.

So ordered, this the 21st day of February, 2017.

s/ F. Keith Ball
United States Magistrate Judge