UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| DANIEL KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 3:16-cv-576-CWR-FKB |
| ) | |
| WARDEN N. HOGAN, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties, through counsel, hereby stipulate to the dismissal of this action, with prejudice and without costs or attorneys' fees to any party, all rights to appeal waived.

Respectfully submitted this 27 day of July, 2017,

PLAINTIFF,

*/s/ Daniel Kelley #C2563*
Daniel Kelley
*pro se*

DEFENDANTS JONES, GLASS and
TRINITY SERVICES GROUP, INC.,

By their attorneys,

*/s/* 8/22/17
R. Pepper Crutcher (MSB# 7921)
Ashley E. Cannaday (MSB# 101253)
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201
601-961-9900 – ofc
601-961-4466 – fax

Gregory D. Cote (BBO #645943)
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6500 – ofc.
617-326-3908 – fax
*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I, Daniel Kelley, hereby certify that on this 27 day of July, 2017, a true and accurate copy of the foregoing Stipulation of Dismissal was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Steven J. Griffin, Esq.
Daniel, Coker, Horton & Bell
P.O. Box 1084
4400 Old Canton Road, Suite 400
Jackson, MS 39215

I also certify that a true and accurate copy of the foregoing Stipulation of Dismissal was served via certified, United States mail, return receipt requested and/or regular first-class United States mail, postage prepaid, upon the following:

Inmate Daniel Kelley (MDOC #L2563)
East Mississippi Correctional Facility
10641 Highway 80 West
Meridian, MS 39307

*Daniel Kelley #L2563*

## CERTIFICATE OF SERVICE

    I, Gregory D. Cote, hereby certify that on this 22nd day of August, 2017, a true and accurate copy of the foregoing Stipulation of Dismissal was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Steven J. Griffin, Esq.
Daniel, Coker, Horton & Bell
P.O. Box 1084
4400 Old Canton Road, Suite 400
Jackson, MS 39215

    I also certify that a true and accurate copy of the foregoing Stipulation of Dismissal was served via certified, United States mail, return receipt requested and/or regular first-class United States mail, postage prepaid, upon the following:

Inmate Daniel Kelley (MDOC #L2563)
East Mississippi Correctional Facility
10641 Highway 80 West
Meridian, MS 39307